# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 16, 2026

### NO. 03-25-01000-CV

**Richard A. Kiesling, Kimberly D. Kiesling, Bobby R. Kiesling, Betty A. Kiesling, Donald W. Kiesling, and Kathy A. Kiesling, Appellants**

**v.**

**McCoy Corporation, Appellee**

---

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND ELLIS
DISMISSED FOR WANT OF JURISDICTION ON APPELLEE'S MOTION --
OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on August 22, 2025. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.